UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAN ISACK YUSUF,

          Petitioner,

v.

JEFFREY UTTECHT,

          Respondent.

CASE NO. C18-0503-RSL-MAT

ORDER RE: AMENDED PETITION AND EXTENSION OF TIME

Petitioner proceeds *pro se* and *in forma pauperis* in this habeas corpus matter pursuant to 28 U.S.C. § 2254. Having now considered two recent filings in this matter, the Court herein finds and rules as follows:

(1) Petitioner submitted an amended habeas petition. (Dkt. 9.) As explained by petitioner, the amended petition does not add any new grounds for relief and, instead, is more legible than the original petition and contains additional, clarifying language to existing claims for relief. (*See* Dkts. 9 & 9-1.) Because this depiction of the amended petition appears accurate, and because respondent has not as yet submitted an answer, the Court accepts the amended petition (Dkt. 9) for filing.

(2) Respondent filed a motion for extension of time to file an answer. (Dkt. 10.)

ORDER
PAGE - 1

Respondent requests an extension of thirty days to file an answer due to continued delay in receipt of the entire state court record pertinent to petitioner's case. Finding the request for an extension reasonable, the Court herein GRANTS respondent's motion for an extension of time. (*Id.*) However, given the acceptance of the amended petition, a modification of the requested deadline for the filing of the answer is appropriate. Respondent shall file and serve an answer within **forty-five (45)** days of the date of this Order. The filing of the response and any reply shall be in accordance with the directions set forth in the Order for Service and Answer, § 2254 Petition. (*See* Dkt. 5 at 2.)

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

DATED this 22nd day of June, 2018.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2