UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADAN ISACK YUSUF,

    Petitioner,

v.

JEFFERY UTTECHT,

    Respondent.

Case No. 2:18-CV-503-RSL-MAT

ORDER DISMISSING PETITIONER'S HABEAS PETITION WITH PREJUDICE

The Court has reviewed petitioner's amended petition for writ of habeas corpus (Dkt. #9), respondent's answer to the petition (Dkt. #13), petitioner's reply (Dkt. #27), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. #28), petitioner's objections to the Report and Recommendation (Dkt. #29), and the remaining record. It is hereby ORDERED that:

    1. The record has been fully developed, and petitioner's request for an evidentiary hearing is DENIED;

    2. The Report and Recommendation is ADOPTED;[1]

    3. Petitioner's amended habeas petition and this action are DISMISSED WITH PREJUDICE;

    4. In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED; and

---

[1] The Court notes that petitioner has now argued that his counsel advised the trial court that he was "too unprepared to be effective" (Dkt. #29 at 4), in addition to a breakdown of communications (Dkt. #27 at 2). The change does not affect the outcome because it does not establish petitioner's innocence. See Schlup v. Delo, 513 U.S. 298, 321 (1995).

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE - 1

5. The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

Dated this 23rd day of May, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE - 2