# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ADAN ISACK YUSUF,

    Petitioner,

v.

JEFFREY A. UTTECHT,

    Respondent.

NO. C18-0503RSL

ORDER

This matter comes before the Court on petitioner's "Notice of Appeal" and "Request for Certificate of Appealability." Dkt. # 32. On May 23, 2019, the Court adopted the Magistrate Judge's Report and Recommendation and found that petitioner is not entitled to a certificate of appealability. Petitioner's request for relief from this Court is therefore DENIED as moot. The Ninth Circuit is considering the issue and has yet to determine whether it will issue a certificate of appealability. Dkt. #33.

Dated this 21st day of August, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 1